UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL MOSS & IRYNA MOSS | : | CIVIL ACTION NO.:_____ |
| VERSUS | : | JUDGE:_____ |
| KOHL'S DEPARTMENT STORES, INC. | : | MAGISTRATE:_____ |

**KOHL'S DEPARTMENT
STORES, INC. NOTICE OF REMOVAL**

Defendant, Kohl's Department Stores, Inc. ("Kohl's"), removes to this Court the state court action described below.

1.      On October 1, 2012, Carl Moss and Iryna Moss ("Plaintiffs") commenced this action, naming Kohl's as the sole defendant.

2.      This action was filed in the 14th Judicial District Court for the Parish of Calcasieu and bears the caption, *Carl Moss & Iryna Moss v. Kohl's Department Stores, Inc.*, No. 2012-4110.

4.      Plaintiffs allege that Kohl's has failed to pay money owed, resulting in a violation of the Federal Fair Credit Billing Act (Petition ¶1-2.)

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 as this matter arises under the laws of the Unites States, namely 15 U.S.C. § 1601 et seq.

6.      Kohl's has attached a copy of all process, pleadings, and orders filed in the state court.  (*See* Exhibit A.)  Plaintiff served Kohl's with process for the original petition through CT Corporation System on October 1, 2012.   Thus, this Notice of Removal is filed timely in compliance with 28 U.S.C. § 1446(b).

WHEREFORE, Kohl's Department Stores, Inc. respectfully requests that this Court assume full jurisdiction over the cause herein as provided by law.

Respectfully submitted,


s/KEVIN P. FONTENOT, Bar No. 30503
SCOFIELD, GERARD, POHORELSKY,
   GALLAUGHER & LANDRY, L.L.C
901 Lake Shore Drive, Suite 900
Lake Charles, LA 70601
337-433-9436
337-436-0306 (Facsimile)

**Counsel for Defendant,**
   **KOHL'S DEPARTMENT STORES,**
   **INC.**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL MOSS & IYRNA MOSS | : | CIVIL ACTION NO.:_____ |
| VERSUS | : | JUDGE:_____ |
| KOHL'S DEPARTMENT STORES, INC. | : | MAGISTRATE:_____ |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice of Removal has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2012, as follows:

Mr. Carl Moss
3021 Deaton Street
Lake Charles, LA  70601

Mrs. Iryna Moss
3021 Deaton Street
Lake Charles, LA  70601


s/KEVIN P. FONTENOT